ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 6 2015

at \_\_\_\_ o'clock and \_\_\_\_ min. \_\_M
SUE BEITIA, CLERK

FLORENCE T. NAKAKUNI         #2286
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA          #1460
Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DANIEL S. SCOTT, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CR. NO. **CR15 00049 RLP** <br><br> INFORMATION <br><br> 16 U.S.C. § 3, 36 § C.F.R. <br> §§ 4.23(a)(2), 4.23(a)(1), <br> 4.22(b)(2) & 4.23(c)(2) <br> **CLASS-B MISDEMEANOR** <br><br> A&P Date: January 21, 2015 <br><br> Cit. Nos. 3835528/H53 <br> 3835529/H53 <br> 3835530/H53 <br> 3835531/H53 <br> 3835532/H53 |

## INFORMATION

### COUNT 1

The United States Attorney charges that:

On or about December 14, 2014, within Pu'uhonua O Honaunau National Historical Park, in the District of Hawaii, DANIEL S. SCOTT,

defendant herein, committed the offense of operating or being in actual physical control of a motor vehicle under the influence of alcohol and/or drug(s), with 0.08 grams or more of alcohol per 210 milliliters of breath, as described in greater detail in United States District Court Violation Notice #3835528/H53, a true and correct copy of which is attached hereto and incorporated herein by reference.

All in violation of Title 16, United States Code, Section 3 and 36 C.F.R. § 4.23(a)(2).

COUNT 2

The United States Attorney further charges that:

On or about December 14, 2014, within Pu'uhonua O Honaunau National Historical Park, in the District of Hawaii, DANIEL S. SCOTT, defendant herein, committed the offense of operating or being in actual control of a motor vehicle under the influence of alcohol and/or drug(s) to a degree that renders the operator incapable of safe operation, as described in greater detail in United States District Court Violation Notice #3835529/H50, a true and correct copy of which is attached hereto and incorporated herein by reference.

All in violation of Title 16, United States Code, Section 3 and 36 C.F.R. § 4.23(a)(1).

COUNT 3

The United States Attorney further charges that:

On or about December 14, 2014, within Pu'uhonua O Honaunau National Historical Park, in the District of Hawaii, DANIEL S. SCOTT, defendant herein, committed the offense of unlawfully operating or assuming actual physical control of a motor vehicle upon a public street, road or highway in excess of the posted speed limit, to wit, over thirty (30) miles per hour in an area with a posted speed limit of ten (10) miles per hour, as described in United States District Court Violation Notice #3835530/H53, a true and correct copy of which is attached hereto and incorporated herein by reference,

All in violation of Title 16, United States Code, Section 3 and 36 C.F.R. § 4.21(c)

COUNT 4

The United States Attorney further charges that:

On or about December 14, 2014, within Pu'uhonua O Honaunau National Historical Park, in the District of Hawaii, DANIEL S. SCOTT, defendant herein, committed the offense of operating a motor vehicle in a manner which unnecessarily causes its tires to squeal, skid or break free of the road surface, as described in greater detail in United States District Court Violation Notice #3835531/H53, a true and correct copy of which is attached hereto and incorporated herein by reference,

All in violation of Title 16, United States Code, Section 3 and 36 C.F.R. § 4.22(b)(2).

COUNT 5

The United States Attorney charges that:

On or about December 14, 2014, within Pu'uhonua O Honaunau National Historical Park, in the District of Hawaii, DANIEL S. SCOTT, defendant herein, refusing to submit to a blood, breath, saliva or urine test for the purpose of determining blood alcohol and drug content, as described in greater detail in United States District Court Violation Notice #3835532/H53, a true and correct copy of which is attached hereto and incorporated herein by reference.

All in violation of Title 16, United States Code, Section 3 and 36 C.F.R. § 4.23(c)(2).

DATED: Honolulu, Hawaii, January 16, 2015.

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

By MICHAEL K. KAWAHARA
Assistant U.S. Attorney

United States v. DANIEL S. SCOTT
Cr. No.
Cit. No. 3835528/H53
"Information"
CR15 00049 RLP

4